UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLUE FLAMINGO BAR & GRILL, LLC,** *Plaintiff* **VERSUS** **NAUTILUS INSURANCE COMPANY,** *Defendant* | **CIVIL ACTION NO.** **JUDGE** **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Nautilus Insurance Company ("Nautilus") removes the captioned case, *Blue Flamingo Bar & Grill, LLC v. Nautilus Insurance Company*, Case No. 2023-10065, Division N, Section 8, Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. Nautilus respectfully submits that the grounds for removal are as follows:

**1.**

The plaintiff, Blue Flamingo Bar & Grill, LLC ("Plaintiff"), instituted this lawsuit by filing a Petition for Damages ("Petition") in the Civil District Court for the Parish of Orleans, Louisiana, which is in the territorial jurisdiction of the United States District Court for the Eastern District of Louisiana. A copy of all process, pleadings, and orders served on Nautilus are attached hereto as Exhibit "1."

**2.**

This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, and this Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship as between Plaintiff and Nautilus.

**THE PARTIES ARE OF DIVERSE CITIZENSHIP**

3.

At the time Plaintiff filed the Petition and Nautilus filed this Notice of Removal, Plaintiff was and remains an LLC whose sole member, Joshua Rounds, is domiciled in Louisiana. *See* Exhibit 1 at Petition, ¶ 1.1; *see also* Exhibit "2," Louisiana Secretary of State record on Blue Flamingo Bar & Grill, LLC. Thus, Plaintiff is a Louisiana citizen for diversity jurisdiction purposes.

4.

At the time Plaintiff filed the Petition and Nautilus filed this Notice of Removal, Nautilus was and remains an Arizona corporation with its principal place of business in Arizona and is thus a citizen of a state other than Louisiana. *See* Exhibit "3," Louisiana Department of Insurance's Records.

5.

As shown, complete diversity of citizenship exists between Plaintiff and Nautilus.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00 EXCLUSIVE OF INTEREST AND COSTS**

6.

Nautilus issued Policy No. NN1302939 ("Policy"), which provides Plaintiff with certain insurance coverage for loss of or damage to property located at 10800 Haynes Blvd., New Orleans, LA 70127 (the "Property"). *See*, Exhibit 1 at Petition, ¶ 6.

7.

Plaintiff alleges that Nautilus "fail[ed] to timely and adequately compensate Plaintiff for the covered losses under the Policy" for Hurricane Ida-related loss to those properties. *See* Exhibit 1 at Petition, ¶ 32.

- 3 -

**8.**

Plaintiff claims entitlement under the Policy to $145,893.51 for Hurricane Ida-related loss and damage to the Property.  *See* Exhibit 1 at Petition, ¶ 16.

**9.**

Nautilus paid $8,993.52 under the Policy for the Hurricane Ida-related loss and damage the Property.  *Id.* at Petition, ¶ 11.

**10.**

Thus, the amount in controversy for Plaintiff's breach of contract claim, alone, exceeds $75,000.

**11.**

Plaintiff also seeks statutory penalties under La. Rev. Stat. §§ 22:1892 and 22:1973 based on his allegation of Nautilus's "actions and/or inactions . . . were arbitrary, capricious, and without probable cause" for additional payments under the Policy.  *Id.* at Petition, ¶ 32.

**12.**

It is apparent from the face of the Petition that the amount in controversy exceeds $75,000.

**REMOVAL IS TIMELY**

**13.**

The notice of removal of a civil action or proceeding shall be filed within thirty days from the defendant's actual receipt of a copy of the Petition.  *See* 28 U.S.C. § 1446(b).  *See also*, *Hibernia Cmty. Dev. Corp. v. U.S.E. Cmty. Servs. Group*, 166 F. Supp. 2d 511, 513 (E.D. La. 2001).

**14.**

When a foreign defendant, such as Nautilus, is served with process through a statutory agent, such as the Louisiana Secretary of State, the thirty day period in which the defendant can remove commences on the defendant's actual receipt of a copy of the pleading, not upon service on the statutory agent.  *See*, *Hibernia Cmty. Dev. Corp.,* 166 F. Supp. 2d at 513.

**15.**

Removal is timely under 28 U.S.C. § 1446(b)(1) because Plaintiff served Nautilus, a foreign defendant, through Nautilus's statutory agent, the Louisiana Secretary of State, on August 12, 2024; the Secretary of State placed a copy of the Petition in the U.S. Mail to Nautilus on August 13, 2024; and Nautilus first received a copy of the Petition on August 20, 2024, within 30 days of this Notice of Removal.  *See* Exhibit 1 at Return of Service and August 13, 2024 letter from Secretary of State to Nautilus.

### CONCLUSION REGARDING FEDERAL DIVERSITY JURISDICTION

**16.**

The action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, as this civil controversy is wholly between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.  Further, removal was effectuated within thirty days of service.  Thus, in accordance with 28 U.S.C. §§ 1441 and 1446, this case may be removed to the United States District Court for the Eastern District of Louisiana.

**17.**

Pursuant to 28 U.S.C. § 1446(d), and concurrently with the filing of this Notice of Removal, written notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of

- 5 -

Louisiana. A copy of the State Court Notice of Removal to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, is attached hereto as Exhibit "4."

**18.**

Pursuant to 28 U.S.C. § 1446(a), Nautilus has attached "a copy of all process, pleadings, and orders" from the state court proceedings as Exhibit "1."

**19.**

By removing this case to this Court, Nautilus reserves all rights and defenses, including but not limited to seeking dismissal and all other available grounds for procedural or substantive motions.

**WHEREFORE**, Nautilus removes this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ J. Clark McMillan*
   Douglas Kleeman (La. Bar No. 31221)
   J. Clark McMillan (La. Bar No. 35907)
   Canal Place | 365 Canal Street | Suite 2000
   New Orleans, Louisiana 70130-6534
   Telephone: (504) 566-1311
   Facsimile: (504) 568-9130
   Email: doug.kleeman@phelps.com
      clark.mcmillan@phelps.com

**ATTORNEYS FOR DEFENDANT,
NAUTILUS INSURANCE COMPANY**

- 5 -
PD.46808126.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Notice of Removal which has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid and/or *via* electronic mail and/or facsimile on this 19th day of September, 2024.

>  */s/ J. Clark McMillan*
>  J. Clark McMillan